SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>   vs.<br><br>Pizza Guys 65th, Inc., et al,<br><br><br>        Defendants | Case No.: CIV.S 08-cv-02199-WBS-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JULES D. FIRENZE; HELEN I. FIRENZE AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: SEPTEMBER 17, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Jules D. Firenze; Helen I. Firenze) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Jules D. Firenze; Helen I. Firenze) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: January 30, 2009                                  /s/Scott N. Johnson_____
                                                                          SCOTT N. JOHNSON
                                                                          Attorney for Plaintiff

1  **IT IS SO ORDERED**.

3  Dated: February 2, 2009

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```