SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Pizza Guys 65th, Inc., et al,<br><br>　　　　Defendants | Case No. **2:08-cv-02199-WBS-EFB**<br><br>**PLAINTIFF'S REQUEST AND ~~PROPOSED~~ ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: March 9, 2009<br>Time: 2:00 pm<br>Courtroom: 5 |

　　　Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 9, 2009 to April 20, 2009. Plaintiff filed a request for entry of default against Defendants Nhan Lam; Dung Thai and Ba Nguyen. Plaintiff has settled his dispute with Defendants Pizza Guys 65th, Inc.; Jules D. Firenze and Helen I. Firenze. Defendants Jules D. Firenze

and Helen I. Firenze have been terminated.  A continuance to April 13, 2009 for the status conference will give the Plaintiff ample time to file a motion for default against Defendants Nhan Lam; Dung Thai and Ba Nguyen and dismiss Defendant Pizza Guys 65th, Inc.

Dated:  February 24, 2009        /s/Scott N. Johnson _____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **April 20, 2009 at 2:00 p.m.**

                                      Date:  March 2, 2009

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE