SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Pizza Guys 65th, Inc., et al,<br><br><br><br>Defendants | Case No.: CIV.S 08-cv-02199-WBS-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF PIZZA GUYS 65TH, INC. AND** *Proposed* **ORDER**<br><br>Complaint Filed: SEPTEMBER 17, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Pizza Guys 65th, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Pizza Guys 65th, Inc.) is dismissed because Plaintiff and Defendant have settled their dispute.

Dated: March 20, 2009 /s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

1  **IT IS SO ORDERED**.

2  
3  Dated:   March 20, 2009

         *William B. Shubb* (signature)
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE