SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Pizza Guys 65th, Inc., et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-02199-WBS-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF BA NGUYEN AND** *Proposed* **ORDER**<br><br>Complaint Filed: SEPTEMBER 17, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Ba Nguyen) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Ba Nguyen) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: May 6, 2009                        /s/Scott N. Johnson_____
                                                                      SCOTT N. JOHNSON
                                                                      Attorney for Plaintiff

1

**IT IS SO ORDERED**.

Dated: May 7, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE